989 So.2d 99 (2008)
In re MEDICAL REVIEW PANEL PROCEEDING OF Janet CARTER
v.
Ochsner Clinic Foundation and Jamie Lynn Ross, M.D.
No. 2008-C-0936.
Supreme Court of Louisiana.
August 29, 2008.
In re Carter, Janet;  Plaintiff; Applying for Writ of Certiorari and/or Review, Parish of Jefferson, 24th Judicial District Court Div. G, No. 641-755; to the Court of Appeal, Fifth Circuit, No. 07-CA-889.
Denied.
*100 CALOGERO, C.J., would grant.
JOHNSON, J., would grant.